**Richard L. DEMERS, Plaintiff— Appellant,**

v.

**State of CALIFORNIA; California Department of Corrections; James Gomez; David Tristan; Steven Cambra; Ed Myers; Michael Carrillo; William G. Lindsey; Sylvia Ortiz; Wendy Still, Defendants—Appellees.**

No. 01–16374.

D.C. No. CV–94–02116–DFL/PAN.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 10, 2002.*

Decided Oct. 18, 2002.

Before KLEINFELD and RAWLINSON, Circuit Judges, and QUACKENBUSH,** District Judge.

### MEMORANDUM***

Demers appeals his award of $40,993.08 in attorneys' fees and costs. We review only for abuse of discretion.[1] Since Demers did not attempt to differentiate between fees attributable to his "successful"[2] claim and his many unsuccessful claims, use of a mathematical formula, even a "crude" one, is within the discretion of the district court.[3] As to costs, it is within the discretion of the district court to deny costs to *both* parties when the plaintiff's success is partial or limited.[4] It was therefore not an abuse of discretion to substantially reduce the costs awarded to Demers.

AFFIRMED.

---

5. *Totten v. Merkle*, 137 F.3d 1172, 1176 (9th Cir.1998).

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** The Honorable Justin L. Quackenbush, Senior United States District Judge for the Eastern District of Washington, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

1. *Hensley v. Eckerhart*, 461 U.S. 424, 436–37, 103 S.Ct. 1933, 76 L.Ed.2d 40 (1983) (fees); *Amarel v. Connell*, 102 F.3d 1494, 1523 (9th Cir.1996) (as amended Jan. 15, 1997) (costs).

2. Even as to this claim, Demers' "success" was surviving his adversaries' motion for summary judgment, not obtaining a favorable judgment.

3. *Schwarz v. Secretary of Health & Human Services*, 73 F.3d 895, 905 (9th Cir.1995).

4. *Amarel v. Connell*, 102 F.3d at 1523–24.